# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lin Jian-Ming,<br><br>    Petitioner,<br><br>v.<br><br>Luis Rosa, Jr.,<br><br>    Respondent. | No. CV-26-01924-PHX-DWL (DMF)<br><br>**ORDER** |

Petitioner challenges his present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001).  (Doc. 1.)  The Court directed Respondents to show cause why the Petition should not be granted.  (Doc. 3.)  Respondents' response states:

> Undersigned counsel is unable to ascertain sufficient facts to establish that there is a "significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001).  Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 6.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his *Zadvydas* claim.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his *Zadvydas* claim.  The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance

within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 2nd day of April, 2026.

_____
Dominic W. Lanza
United States District Judge

- 2 -